**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
Wheeling

**STEVEN R. HURT,**

        Plaintiff,

     v.                                     **Civil Action No. 5:22-CV-43**
                                                               Judge Bailey

**D. TATE,** Warden**,**

        Defendants.

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The above referenced case is before this Court upon the magistrate judge's recommendation that plaintiff's Complaint [Doc. 1] be dismissed with prejudice for failure to state a claim and plaintiff's Motion for Leave to Proceed *in forma pauperis* [Doc. 2] ne denied as moot. *See* [Doc. 12].

This Court is charged with conducting a *de novo* review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). However, absent prompt objection by a dissatisfied party, it appears that Congress did not intend for the district court to review the factual and legal conclusions of the magistrate judge. **Thomas v. Arn**, 474 U.S. 140 (1985). Additionally, any party who fails to file timely, written objections to the magistrate judge's report pursuant to 28 U.S.C. § 636(b)(1) waives the right to raise those objections at the appellate court level. **United States v. Schronce**, 727 F.2d 91 (4th Cir. 1984), *cert. denied*, 467 U.S. 1208 (1984). No objections have been filed to the magistrate judge's report and recommendation.

A *de novo* review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. Accordingly, the magistrate judge's report and recommendation [**Doc. 12**] is **ADOPTED**, and plaintiff's Complaint [**Doc. 1**] is **DISMISSED WITH PREJUDICE** and plaintiff's Motion for Leave to Proceed *in forma pauperis* [**Doc. 2**] is **DENIED AS MOOT**. This Court further **DIRECTS** the Clerk to **STRIKE** this case from the active docket of this Court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to any counsel of record and to mail a copy to the *pro se* plaintiff.

**DATED:** June 15, 2022.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE